MOULTON *against* HUBBARD, one of the Attorneys, &c.

THE plaintiff recovered judgment, against the defendant, who is one of the attorneys of this court, for six dollars damages; and had the full costs of this court taxed, and issued an execution for the amount of the damages and costs.

*Foot*, for the defendant, now moved to set aside the execution, and subsequent proceedings.

*Ross*, contra.

*Per Curiam.* Since the statute (*sess.* 28. c. 93. s. 6.) has rendered attorneys liable to be sued before justices of the peace, they are no longer liable to pay costs in this court, when the amount recovered is less than 25 dollars ; but, in regard to costs, are in the same situation as every other person. We grant the motion, on payment of the amount recovered ; and on the defendant's stipulating not to bring any action for false imprisonment.

Rule accordingly.